1

2

3

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

5

6

7

8

9

10

| | |
|---|---|
| VINCE RICHARD VERNER,          )<br>                               )<br>            Plaintiff,         )<br>                               )<br> v.                            )<br>                               )<br> MICHAEL J. ASTRUE,            )<br> Commissioner of Social        )<br> Security,                     )<br>                               )<br>            Defendant.        ) | No.   CV-10-371-CI<br><br> ORDER GRANTING STIPULATED<br> MOTION FOR REMAND PURSUANT<br> TO SENTENCE SIX OF 42 U.S.C.<br> § 405(g) |

11

12    BEFORE THE COURT is the parties' Motion for remand of the

13 above-captioned matter to the Commissioner pursuant to sentence six

14 of 42 U.S.C. § 405(g).  (ECF No. 16.)  The parties seek remand

15 specifically to locate copies of missing records from a prior claim.

16 Pursuant to sentence six of 42 U.S.C. §§ 405(g), the court may

17 remand the case to the Commissioner for good cause shown before an

18 answer is filed and retain jurisdiction. *See Melkonyan v. Sullivan*,

19 501 U.S. 89, 98, 101 n.2 (1991).  Sentence six requires the

20 Commissioner to return to the district court to "file with the court

21 any such additional or modified findings of fact and decision, and

22 a transcript of the additional record and testimony upon which his

23 action in modifying or affirming was based." *Id.* at 98 (*quoting*

24 sentence six).

25    Here, the parties agree that Plaintiff's representative will

26 assist Defendant in locating copies of missing records.  (ECF No. 16

27 at 2.)  If the records cannot be located despite good faith efforts,

28

ORDER GRANTING STIPULATED MOTION FOR REMAND
PURSUANT TO SENTENCE SIX 42 U.S.C. § 405(g) - 1

1 the case will be remanded for reconstruction of the administrative
2 record, a *de novo* hearing, and a new ALJ decision.  If the outcome
3 of administrative proceedings is fully favorable, the parties shall
4 file a stipulated motion to dismiss the complaint.  Accordingly,

5     **IT IS ORDERED:**

6     1.   The parties' stipulated Motion for remand (**ECF No. 16**) is
7 **GRANTED**.

8     2.   The parties shall continue to search for the missing
9 records,   or   in   the   alternative,   reconstruct   Plaintiff's
10 administrative   record,   hold   another   hearing,   and   issue   a   new
11 decision.

12     3.   If the outcome of the *de novo* hearing is not fully
13 favorable, Plaintiff may seek judicial review by reinstating this
14 case rather than by filing a new complaint.

15     4.   If the outcome of administrative proceedings if fully
16 favorable, the parties shall file a motion to dismiss the complaint.

17     5.   **The court will retain jurisdiction of this action; no**
18 **judgment shall be entered until further order of the court.**

19     The District Court Executive is directed to enter this Order
20 and forward copies to counsel.

21     DATED August 29, 2011.

22

23                             S/ CYNTHIA IMBROGNO
                          UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

ORDER GRANTING STIPULATED MOTION FOR REMAND
PURSUANT TO SENTENCE SIX 42 U.S.C. § 405(g) - 2